| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| RICHARD KEITH TAYLOR, #15234-078 | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 4:16-CV-430 |
| | § | CRIMINAL ACTION NO. 4:08CR00016-001 |
| UNITED STATES OF AMERICA | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The above-entitled and numbered civil action was referred to United States Magistrate Judge Don D. Bush, who issued a Report and Recommendation concluding that Movant Richard Keith Taylor should be resentenced, in accordance with *Johnson v. United States*, 135 S. Ct. 2551 (2015). The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is accordingly

**ORDERED** that Movant Richard Keith Taylor's Motion to Vacate, Set Aside or Correct a Sentence by a Person in Federal Custody (#1) pursuant to 28 U.S.C. § 2255 is **GRANTED** to the extent that the sentence imposed in Criminal Action Number 4:08CR00016-001 is **VACATED**, and Movant shall be resentenced. All other motions not previously ruled on are **DENIED**.

SIGNED at Beaumont, Texas, this 19th day of September, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE